**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| RICCO MAYE, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:25-cv-281 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| JOHN HUI LI, | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| Defendant. | : | |
| | : | |

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION**
**(DOC. NO. 12) AND DISMISSING ACTION**

---

The Court has reviewed the Report and Recommendation (Doc. No. 12) of United States Magistrate Judge Peter B. Silvain, Jr., to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Therein, Magistrate Judge Silvain opines that Plaintiff Ricco Maye has failed to state a claim under 42 U.S.C. § 1983.  (Doc. No. 12 at PageID 114-15.)  In particular, Magistrate Judge Silvain notes that Plaintiff has not established Defendant John Hui Li as a state actor, a necessary element of any Section 1983 claim.  (*Id.*)  Consequently, Magistrate Judge Silvain has recommended that the Court dismiss this action in its entirety.

Noting that no objections have been filed regarding the Report and Recommendation, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** Magistrate Judge Silvain's Report and Recommendation (Doc. No. 12).  Accordingly, this action is hereby **DISMISSED** and the Clerk is directed to **TERMINATE** this matter on the Court's docket.  The Court further **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3), that any

1

appeal of this Order would not be taken in good faith and Plaintiff is hereby **DENIED** leave to appeal *in forma pauperis*.

      **DONE** and **ORDERED** in Dayton, Ohio, this Thursday, June 4, 2026.

s/Thomas M. Rose

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE